JANE BIANCHI, as Administratrix, etc., of PHILIP D. BIANCHI, Deceased, Appellant, v. NEW YORK TELEPHONE COMPANY and Another, Respondents. (Appeal No. 2.) — Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JAMES BRADDISH, Respondent, v. ROMAN TAXI CORPORATION, Appellant.— Motion to dismiss appeal denied on condition that the appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

HELEN V. CAREY, Appellant, v. MINOR C. KEITH, INC., and MINOR C. KEITH, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that the twenty-five dollars costs heretofore allowed be paid within five days from the entry of the order herein, the default in such payment being opened; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

WILLIAM W. CLARK COMPANY, INC., and Others, Respondents, v. JOSEPH KOSICH and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ELTO REALTY CORPORATION, Respondent, v. DAVID H. EDELSOHN, Appellant, (Actions Nos. 1 and 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

575 WEST 159TH STREET CO., INC., Appellant, v. DAVID H. EDELSOHN, Respondent.— The decision of this court, handed down on April 5, 1928,* is hereby amended to read as follows: Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

DAVID GOLDSTEIN, Respondent, v. JACK HAMER, Appellant.— Motion to dismiss appeal granted, with costs and ten dollars costs of this motion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.